1431H/9360

## CONTRACT FOR ADOPTION OF AGREEMENT WITH OPERATIVE PLASTERERS AND CEMENT MASONS INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 143

THIS AGREEMENT made and entered into this __1__ day of __Oct__, 20 __04__ by and between:

Employer: __RB Bush Contracting__

Address: __9310 E. Pleasant Hill Rd__

City, State, Zip: __Carbondale, IL 62902__

Telephone: __(618) 549-9231__ (Fax) __457-7263__

(hereinafter the "EMPLOYER") and Local Union No. 143 of the Operative Plasterers and Cement Masons International Association of United States and Canada (hereinafter the "UNION").

WHEREAS, the UNION has entered into Master Collective Bargaining Agreements with various Employer Associations covering construction work within various geographical areas including the counties of: Alexander, Champaign, Clark, Clay, Coles, Crawford, Cumberland, Douglas, Edgar, Edwards, Effingham, Fayette, Ford, Franklin, Gallatin, Hamilton, Hardin, Jackson, Jasper, Jefferson, Johnson, Lawrence, Marion, Massac, Moultrie, Perry, Piatt, Pope, Pulaski, Randolph, Richland, Saline, Shelby, Union, Vermilion, Wabash, Washington, Wayne, White, Williamson and part of Clinton County; and,

WHEREAS, the EMPLOYER desires and is willing to adopt the provisions of the above described Master Collective Bargaining Agreements;

THEREFORE, IT IS HEREBY AGREED by and between the parties as follows:

1. The EMPLOYER recognizes the UNION as the exclusive majority representative of all employees covered by this Agreement in the bargaining unit set forth in this Agreement pursuant to Section 9 (a) of the Labor Management Relations Act. This majority status has been established by the fact either (1) that the UNION has made an unequivocal demand for recognition as majority representative, the EMPLOYER has unequivocally recognized the UNION as the majority representative and the EMPLOYER'S unequivocal recognition is based on the fact that the UNION has shown the EMPLOYER evidentiary basis of this majority support in the bargaining as described by this Agreement, or (2) by virtue of a National Labor Relations Board Certification that the UNION is the majority representative in the bargaining unit described by the Agreement.

**EMPLOYER**

*Brian Bush*
Name

*President*
Title

*Bri Bust*
Signature

OPCMIA, LOCAL UNION NO. 143
2901 Research Road, P.O. Box 6569
Champaign, IL 61826-6569

Chris Butler, Business Manager

*Chris Butler*
Signature